## UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK

**Denise M. Lucks**　　　　　　　　　www.ned.uscourts.gov　　　　　　　**Gabriela Acosta**
**Clerk of Court**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chief Deputy Clerk**

TO:　　　　The Honorable Joseph F. Bataillon

FROM:　　 Clerk, United States District Court

DATE:　　　December 9, 2024

SUBJECT:　8:23cv218 Carlton R. Carter v. Husker Auto Group & Manufacturer

You are receiving this memorandum because a non-prisoner filed a notice of appeal in this civil case and the clerk's office cannot process the appeal to the Eighth Circuit until either the appellate filing fee is paid or the question of the non-prisoner's authorization to proceed on appeal in forma pauperis is resolved.[1]

In order to assist the clerk's office in its processing of this appeal, please mark the appropriate box:

☒ No separate order will be entered because the appealing party is entitled to proceed on appeal in forma pauperis without further authorization pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure.

☐ A separate order or further proceedings will be required to address the appealing party's authorization to proceed in forma pauperis. The clerk's office ☐ is ☐ is not directed to set a 30-day case management deadline checking on the status of the processing of this appeal.

---

[1] The purpose of this memorandum is to assist in the timely processing of this appeal by notifying you that one or more issues may require your attention before the clerk's office can process the appeal. Please feel free to disregard this memorandum if the issue or issues raised will be addressed by a separate order.

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350　|　Fax: (402) 661-7387　|　Toll Free: (866) 220-4381
Lincoln: (402) 437-1900　|　Fax: (402) 437-1911　|　Toll Free: (866) 220-4379